# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| WILLIAM C. TOMAN, JR., R.M. ASHLEY, ) | **CASE NO. 5:13-CV-404-D** |
| K.D. MACKEY, P.J. GRAHAM, ) | |
| RON SMITH, UNKNOWN FEMALE OFFICER, ) | |
| C.C. BLAKE, and JOSEPH GARDNER, ) | |
|     Defendants. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(g). IT IS ALSO ORDERED that a pre-filing injunction is entered against the Plaintiff, and the Clerk shall return to Plaintiff, unfiled, any new civil action which:

1. Names any of the following as a defendant, regardless of any other defendants named: R.M. Ashley, C.C. Blake, Joseph Gardner, P.J. Graham, K.D. Mackey, North Carolina Department of Motor Vehicles, North Carolina Division of Motor Vehicles, Ron Smith, Bill Toman, William C. Toman, Jr., or Unknown Female Officer; or

2. Contains any allegation of the illegal taking and holding of titles, vehicles, files, cash, jewelry, home files, pool files, or bath files; or

3. Fails to contain a statement on a separate page from the complaint that makes specific, clear factual allegations showing a possibility that Bailey is in imminent danger of serious physical injury pursuant to 28 U.S.C. *§* 1915(g).

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**AUGUST 19, 2013**</u> WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| August 19, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| Raleigh, North Carolina | /s/ Debby Sawyer |
| | (By) Deputy Clerk |